CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant
KEITH AARON LITTLE

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>                    Plaintiff,              )<br>                                                          )<br>        vs.                                           )<br>                                                          )<br>                                                          )<br>                                                          )<br>KEITH AARON LITTLE,             )<br>                                                          )<br>                    Defendant.         ) | Case No.:  1:11-cr-00025 LJO<br><br>STIPULATION TO CONTINUE TRIAL DATE<br><br>Date:  FEBRUARY 22, 2012<br>Time:  8:30 am<br>Honorable Lawrence J. O'Neill |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A trial date in this matter is currently set for February 22, 2012 at 8:30 am.  Based on the reasons set forth in defendant's Motion to continue trial date on file herein, it is hereby stipulated that the trial in this matter is continued until March 27, 2012 at 8:30 am.

It is further stipulated that the time between February 22, 2012 and March 27, 2012 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the reasons set forth in the Motion to Continue constitute good cause and that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

///

Dated: January 31, 2012                          Respectfully submitted,


                                                 /s/ Carl M. Faller_____
                                                 CARL M. FALLER
                                                 Attorney for Defendant
                                                 KEITH AARON LITTLE

                                                 BENJAMIN B. WAGNER
                                                 United States Attorney


                                       By        /s/ Michele Thielhorn\_\_\_\_
                                                 MICHELE THIELHORN
                                                 Assistant U.S. Attorney
                                                 Attorney for the United States

                                            ORDER

    Based upon the stipulation of the parties and good cause appearing, it is hereby

ORDERED that the trial currently set for February 22, 2012 is hereby continued until March 27,

2012 at 8:30 am.

    It is further ORDERED that the time between February 22, 2012 and March 27, 2012

shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections

3161(h)(7)(A) and (h)(7)(B)(iv), in that the reasons set forth in the Motion to Continue constitute

good cause and that the ends of justice outweigh the interests of the public and the defendant in a

speedy trial.

IT IS SO ORDERED.

Dated:  **February 1, 2012**                    **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE