1 BENJAMIN B. WAGNER
United States Attorney
2 HENRY Z. CARBAJAL, III
Assistant U.S. Attorney
3 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
Attorneys for the
6 United States of America

7

8              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA, ) 1:11-CR-00025-LJO
 )
12     Plaintiff, ) ORDER FOR FORFEITURE MONEY
 ) JUDGMENT
13   v. )
 )
14 KEITH AARON LITTLE, )
 )
15     Defendant. )
 )
16                                               )

17     Based upon the United States' Application for Forfeiture Money

18 Judgment and the plea agreement entered into between plaintiff United

19 States of America and defendant Keith Aaron Little,

20     IT IS HEREBY ORDERED that

21     1.   The defendant Keith Aaron Little shall forfeit to the

22 United States the sum of $64,193.00 and that the Court imposes a

23 personal forfeiture money judgment against defendant in that amount.

24     2.   Any funds applied towards such judgment shall be forfeited

25 to the United States of America and disposed of as provided for by

26 law. Prior to the implementation of sentence, any funds delivered to

27 the United States to satisfy the personal money judgment shall be

28 seized and held by the U.S. Marshals Service, in its secure custody

and control.

3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $64,193.00 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated: **March 28, 2012**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE