1  CARL M. FALLER  SBN: 70788
   FALLER LAW FIRM
2  Post Office Box 912
   Fresno, CA 93714
3  Tel:  559-226-1534
   Fax:  559-412-4746
4  carl.faller@fallerdefense,com

5  Attorney for Defendant
   KEITH AARON LITTLE

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-cr-00025 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| vs. | Date:  June 18, 2012 |
| | Time:  8:30 am |
| KEITH AARON LITTLE, | Honorable Lawrence J. O'Neill |
| Defendant. | |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

The sentencing hearing in this matter is currently set for June 18, 2012 at 8:30 am.  The sentencing was previously continued to that date from the original date of June 4, 2012 due to unavailability of counsel.  That continuance was granted prior to the court indicating its intention to depart above the applicable guideline range due to the particular facts of the case.

Counsel is currently preparing for trial in Kings County in the case of People of the State of California v. Monte Michael Resendez, in which the defendant is charged with first degree murder and use of a firearm.  This case has been dismissed once and a prior trial resulted in a mistrial due to inadmissible evidence having been presented to the jury by the prosecution. Based on this history it is anticipated that the trial will proceed as scheduled on July 9, 2012 in Department 1 of that court ,with a trial estimate of three weeks.

The court's notice to the parties regarding its intent to depart upward has dramatically changed the dynamic of the sentencing proceed. Defense counsel is now preparing additional written materials to submit to the court as well as collecting documentary evidence concerning the defendant ant the particular circumstances under which the events of the offense transpired. Counsel is aware of the court's desire to have these matters concluded in a timely manner, but the additional time is necessary to adequately prepare a proper presentation on behalf of the defendant. Counsel is also aware that no further continuance is likely to granted, regardless of the amenability of the government to such a request.

By agreement of the parties, it is requested that this hearing be continued until the conclusion of the trial in People v. Resendez, specifically, August 6, 2012 at 8:30 am.

Based on the above, it is respectfully requested that the sentencing hearing be continued as set forth above.

Dated: June 6, 2012               Respectfully submitted,


/s/ Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant
KEITH AARON LITTLE

BENJAMIN B. WAGNER
United States Attorney


BY   /s/ Henry Carbajal____
HENRY CARBAJAL
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby

ORDERED that the sentencing hearing currently set for June 18, 2012 at 8:30 am, be continued

///

///

to August 6, 2012 at 8:30 am. NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

Dated:     **June 7, 2012**                              **/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE